Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFIRMA VENTURE LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY OWNERS ASSOCIATION, a Nevada non-profit corporation; RALPH GOODSIDE, an individual, <br><br> Defendants. | Case No. 2:17-cv-01929 <br><br> **STIPULATION AND ORDER RE: POSTING SECURITY FOR COSTS** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendant Terrafirma Venture LLC ("Terrafirma"), by and through their counsel of record, request the entry of an order authorizing Chase to deposit security for costs. On August 14, 2017, Terrafirma filed and served a "Demand for Security of Costs Pursuant to NRS 18.130(1)." (ECF No. 10). Accordingly, pursuant to NRS 18.130(1), the parties stipulate to an order permitting Chase to deposit a check for $500.00 with the Clerk of the Court.

///

///

DMWEST #17031192 v1

The parties further stipulate that, pursuant to NRS 18.130, Terrafirma shall answer or otherwise respond to the Complaint within ten (10) days of notice that the funds have been deposited with the Court.

Dated: September 13, 2017 | Dated: September 13, 2017

BALLARD SPAHR LLP | THE BALL LAW GROUP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

By: /s/ Zachary T. Ball
Zachary T. Ball
Nevada Bar No. 8364
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129

*Attorneys for Terrafirma Venture LLC*

IT IS SO ORDERED.

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

DATED: September 14, 2017

DMWEST #17031192 v1