Abran E. Vigil
Nevada Bar No. 7548
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFIRMA VENTURE LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY OWNERS ASSOCIATION, a Nevada non-profit corporation; RALPH GOODSIDE, an individual, <br><br> Defendants. | Case No. 2:17-cv-01929-MMD-CWH <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant Terrafirma Ventures LLC ("Terrafirma"), and Defendant York Village Community Owners Association ("York Village") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. This action concerns title to real property commonly known as 7119 Oberling Bay, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on December 21, 2012, with respect to the Property.

DMWEST #18074285 v1

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20090529-0005838 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. With respect to this dispute, Chase and Terrafirma have entered into a confidential settlement agreement pursuant to which Chase recorded a full reconveyance of the Deed of Trust in the Official Records of Clark County, Nevada, constituting a full release and discharge of the Deed of Trust.

4. The Parties stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DMWEST #18074285 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

5. Chase and Terrafirma have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees. Chase and York Village stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees. Chase voluntarily dismissed Ralph Goodside on November 15, 2017, and has been terminated as a party to the action.

DATED this 18th day of September, 2018.

| BALLARD SPAHR LLP | THE BALL LAW GROUP |
|---|---|
| By: /s/ Stacy H. Rubin<br>   Abran E. Vigil<br>   Nevada Bar No. 7548<br>   Stacy H. Rubin<br>   Nevada Bar No. 9298<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135 | By: /s/ Zachary T. Ball<br>   Zachary T. Ball<br>   Nevada Bar No. 8364<br>   3455 Cliff Shadows Parkway<br>   Suite 150<br>   Las Vegas, Nevada 89129 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for Terrafirma Ventures LLC* |

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Amber M. Williams
   Kaleb D. Anderson
   Nevada Bar No. 7582
   Amber M. Williams
   Nevada Bar No. 12301
   9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144

*Attorneys for York Village Community Owners Association*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2018

3