Abran E. Vigil
Nevada Bar No. 7548
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFIRMA VENTURE LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY OWNERS ASSOCIATION, a Nevada non-profit corporation; RALPH GOODSIDE, an individual, <br><br> Defendants. | Case No. 2:17-cv-01929-MMD-CWH <br><br> **ORDER DISCHARGING AND RELEASING SECURITY COSTS** |

Pursuant to the Order dismissing this case on September 18, 2018 (ECF No. 41), it is hereby ordered that the $500 in security costs posted by JPMorgan Chase Bank, N.A., on September 20, 2017 (ECF No. 17) shall be discharged and released to the Ballard Spahr LLP Trust Account.

IT IS SO ORDERED.

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

DATED: November 7, 2018

DMWEST #18161163 v1